161 A.3d 791

**The TOWNSHIP OF SALEM, a Municipal Corporation, Petitioner**

v.

**MILLER PENN DEVELOPMENT, LLC, a Pennsylvania Limited Liability Company, Respondent**

**No. 271 WAL 2016**

Supreme Court of Pennsylvania.

November 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Cross Petition for Allowance of Appeal is **DENIED**.